FRED KLEPS, Respondent, *v.* BRISTOL MANUFACTURING COMPANY, Appellant.

MASTER AND SERVANT — EMPLOYERS' LIABILITY ACT. The Employers' Liability Act (L. 1902, ch. 600) gives an employee injured in the course of his employment a right of action for such injury in addition to those theretofore existing and not exclusive or in abrogation thereof.

*Kleps* v. *Bristol Mfg. Co.*, 107 App. Div. 488, affirmed.

(Argued June 6, 1907; decided June 14, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 3, 1905, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*F. De Lysle Smith* for appellant.

*Melville J. France* for respondent.

*Per Curiam.* The judgment should be affirmed, with costs. The Employers' Liability Act (Chap. 600, Laws 1902) did not provide a remedy for an employee injured in the course of his employment which was exclusive or in abrogation of a right of action at common law. It gave him a right of action for such injury which was in addition to remedies theretofore existing. The complaint in this action contained allegations appropriate to and sufficient for the statement of a cause of action at common law, and especially after the proceedings with reference to the complaint occurring at the commencement of the trial the trial judge was justified in treating the action as one at common law.

CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and HISCOCK, JJ., concur; WILLARD BARTLETT, J., not sitting.

Judgment affirmed.